KKO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

MOUSA KHOULI,
    also known as "Morris Khouli,"
SALEM ALSHDAIFAT,
JOSEPH A. LEWIS II and
AYMAN RAMADAN,

              Defendants.

- - - - - - - - - - - - - - - - - - - X

U N S E A L I N G
O R D E R

11 CR 340 (ERK)

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 1 3 2011 ★

BROOKLYN OFFICE

        Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Karin K. Orenstein, for an order unsealing the above-captioned matter.

        WHEREFORE, it is ordered that the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
           July 13, 2011

                  s/Andrew L. Carter, Jr.
                  _____
                  HONORABLE ANDREW L. CARTER
                  UNITED STATES MAGISTRATE JUDGE
                  EASTERN DISTRICT OF NEW YORK