## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   Andrew L. Carter Jr.    **DATE :** 7/14/11

**DOCKET NUMBER:**   11CR340(ERK)    **LOG #:** 3:11 – 3:26

**DEFENDANT'S NAME :**   Joseph A. Lewis II
✓ Present    ___ Not Present    ✓ Custody    ___ Bail

**DEFENSE COUNSEL :**   Bridget Rhde + Peter Chavkin
___ Federal Defender   ___ CJA   ✓ Retained

**A.U.S.A:**   Karin Orenstein    **DEPUTY CLERK :**   SM Yuen

**INTERPRETER :** _____ (Language) _____

___ Hearing held.   ___ Hearing adjourned to ___

✓ Defendant was released on $250,000 PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

1 Surety(ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___   Start___   Stop___

X Order of Speedy Trial entered.   Code Type___   Start 7/14   Stop 8/19/11

X Defendant's first appearance.   X Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

X Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

OTHERS : _____