AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| USA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:11-cr-00340-ERK |
| Khouli et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Joseph Lewis                                                                                                    .

Date: 07/21/2011

s/ Bridget M. Rohde
*Attorney's signature*

Bridget M. Rohde #3055555
*Printed name and bar number*

Chrysler Center
666 Third Avenue
New York, New York 10017
*Address*

Brohde@mintz.com
*E-mail address*

(212) 935-3000
*Telephone number*

(212) 983-3115
*FAX number*