**DOCKET NUMBER:** CR-11-340   **CRIMINAL CAUSE FOR** STATUS CONF
**BEFORE JUDGE:** KORMAN   **DATE:** 8/18/2011  **TIME IN COURT** ___ **HRS** 40 **MINS**

| DEFT: | **MOUSA KHOULI** | # 1 | ATTY: | **GERALD SHARGEL** |
| --- | --- | --- | --- | --- |
| ✓ pres. | not pres. | cust. X bail | | RET. |
| DEFT: | **SALEM ALSHDAIFAT** | # 2 | ATTY: | **HENRY MAZUREK** |
| ✓ pres. | not pres. | cust. X bail | | ~~CJA~~ RET. ~~Federal Defender~~ |
| DEFT: | **JOSEPH A. LEWIS, II** | # 3 | ATTY: | **BRIGET ROHDE** /PETER CHAPKIN |
| ✓ pres. | not pres. | cust. X bail | | ~~CJA~~ RET. ~~Federal Defender~~ |

**A.U.S.A.:** KARIN ORENSTEIN // CLAIRE KEDESHIAN   **Case Manager:** PaulaMarie Susi
**ESR** Ricci   **INTERPRETER:** ___   **LANGUAGE:** ___

| | | | |
| --- | --- | --- | --- |
| ❑ | Arraignment | ❑ | Change of Plea Hearing (~*Util-Plea Entered*) |
| ❑ | In Chambers Conference | ❑ | Pre Trial Conference |
| ✓ | Initial Appearance ⊲2 | ✓ | Status Conference |
| ❑ | Telephone Conference | ❑ | Motion Hearing Non Evidentiary |
| ❑ | Other Evidentiary Hearing Contested  TYPE OF HEARING ___ | | |

✓ Further Status Conference/hearing set for   10/28/11  11 (a.m.)
___ MOTIONS DUE ___   OPP BY ___   REPLY ___

DEFT ___ SWORN  #2 ARRAIGNED  ✓  *enters not guilty plea.* INFORMED OF RIGHTS
___   WAIVES TRIAL BEFORE DISTRICT COURT
___ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS. ___ OF THE
(Superseding) INDICTMENT / INFORMATION.
___ COURT FINDS FACTUAL BASIS FOR THE PLEA.
___ **DEFT REQUESTS RETURN OF PROPERTY** ___ **ORDER FILED.**
___ SENTENCING SCHEDULED FOR: ___

## UTILITIES

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| ❑ | ~Util-Plea Entered | ❑ | ~Util-Add terminate Attorneys | ❑ | ~Util-Bond Set/Reset |
| ❑ | ~Util-Exparte Matter | ❑ | ~Util-Indictment Un Sealed | ❑ | ~Util-Information Unsealed |
| ❑ | ~Util-Set/Reset Deadlines | ❑ | ~Util-Set/Reset Deadlines/Hearings | | |
| ❑ | ~Util-Set/Rest Motion and R&R Deadlines/Hearings | ❑ | ~Util-Terminate Motions | | |
| ❑ | ~Util-Terminate Parties | ❑ | ~Util-Set/Reset Hearings | | |

**Speedy Trial Start:** 8/18/11  **Speedy Trial Stop:** 10/28/11  **CODE TYPE:** KT.
**Do these minutes contain ruling(s) on motion(s)?** ❑  YES   ❑  NO

**TEXT**

⊲2 bail condition on consent.

⊲2 R.16 motion (DE#33) deemed R.41(a) motion + transferred to EDMI.