

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 6, 2011

**By Federal Express and ECF**

Mr. Peter Chavkin, Esq.
Ms. Bridget Rohde, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
666 Third Avenue
New York, New York 10017

      Re:  United States v. Joseph A. Lewis, II
           Criminal Docket No. 11-340 (ERK)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure the government hereby produces discovery with respect to the above-captioned case.  This letter supplements the government's previous discovery letters.  The government reiterates its request for reciprocal discovery.

      As noted in the government's discovery letter dated October 4, 2011, the government turned over, among other items, three compact disks marked KHOULI 3639 through KHOULI 3641 that contained emails sent to and from the email account "Jlewis8902@aol.com" (the "JLewis account").  Those compact disks contained materials that were non-privileged.  By the instant letter, the government hereby turns over an additional compact disk, marked JL0000000001, containing all of the emails from the JLewis account deemed privileged after a taint review on that account.  Apart from reviewing the JLewis account for privilege, undersigned counsel is not otherwise involved in the prosecution of the above-captioned matter.

If you have any questions or requests, please do not hesitate to contact me.

>Very truly yours,
>
>LORETTA E. LYNCH
>United States Attorney
>
>By: _____/s/_____
>Licha M. Nyiendo
>Assistant U.S. Attorney
>(718) 254-6350

Enclosure

cc: Clerk of Court (ERK) (w/o enclosure)