

*U.S. Department of Justice*

*United States Attorney
Eastern District of New York*

*271 Cadman Plaza East
Brooklyn, New York 11201*

November 2, 2011

**By Federal Express and ECF**

Mr. Peter Chavkin, Esq.
Ms. Bridget Rohde, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
666 Third Avenue
New York, New York 10017

        Re:   United States v. Joseph A. Lewis, II
                Criminal Docket No. 11-340 (ERK)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure the government hereby produces discovery with respect to the above-captioned case. This letter supplements the government's previous discovery letters. The government reiterates its request for reciprocal discovery.

      The government hereby turns over one compact disk containing documents deemed to be privileged seized pursuant to the court-authorized search of Lewis's house located at 8902 Sawdust Trail, Chesterfield, Virginia. The documents contained on the disk are labeled JL 00000002 - JL 00000247; the disk also has the same label.

      Further, the government hereby encloses two additional compact disks, labeled JL 00000248 and JL 00000249, respectively. These disks contain the emails, both non-privileged and privileged - in their original format - that the government received from AOL.com pursuant to a search warrant of the email account [Jlewis8902@aol.com](mailto:Jlewis8902@aol.com). The government previously produced to you on October 4, 2011 and October 6, 2011 compact disks that contained the emails from this account which the government had converted to a more reader-friendly format. The instant compact disks labeled JL 00000248 and JL 00000249 are a duplicate, in terms of content, of those prior productions except as discussed, the emails on the disks in the instant production are in their original format as received from AOL.com.

   Apart from reviewing the privileged material in this case, undersigned counsel is not otherwise involved in the prosecution of the above-captioned matter.

            Very truly yours,

            LORETTA E. LYNCH
            United States Attorney

        By: _____/s/_____
           Licha M. Nyiendo
           Assistant U.S. Attorney
           (718) 254-6350

Enclosure

cc: Clerk of Court (ERK) (w/o enclosure)