

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

KKO
F.#2009R00637

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

December 5, 2011

By FedEx and ECF

TO: All Counsel of Record
    (See attached list of recipients)

            Re:  United States v. Mousa Khouli, et al.
                 Criminal Docket No. 11-340 (ERK)

Dear Counsel:

        Pursuant to Rule 16 of the Federal Rules of Criminal Procedure the government hereby produces discovery with respect to the above-captioned case.  This letter supplements the government's general discovery letters of August 11, 2011, August 12, 2011, October 4, 2011 as well as discovery letters to individual counsel on additional dates as noted on the public docket.  The government reiterates its request for reciprocal discovery.

Documents

        The government hereby encloses a compact disc ("CD") labeled "KHOULI0003644-KHOULI0018291" which contains scanned copies of documents seized pursuant to search warrants at the residences of defendants Alshdaifat and Lewis.  The search warrant for defendant Alshdaifat's residence was previously produced in discovery and bears Bates numbers KHOULI 1923 to 1948.  The search warrant for defendant Lewis's residence was previously produced in discovery and bears Bates numbers KHOULI 3592 to 3635.  In addition, this CD contains documents received from G.J. Smith & Associates on October 18, 2011 and provided to counsel for defendant Lewis via e-mail on the same date.

        The government also encloses two CDs labeled KHOULI 18292 and KHOULI 18293 which contain e-mail records for the account "CutyL33@aol.com."  These e-mail records were obtained pursuant to the April 8, 2010 search warrant that was previously produced in discovery and bears Bates numbers KHOULI 2011 to 2050.

If you have any questions or further requests, please do not hesitate to contact me.

>Very truly yours,
>
>LORETTA E. LYNCH
>United States Attorney
>
>By: /s/ Karin K. Orenstein
>Karin K. Orenstein
>Assistant U.S. Attorney
>(718) 254-6188

Enclosures

cc: Clerk of Court (ERK) (w/o enclosures)

**Recipient List**

Gerald L. Shargel, Esq.
Ross M. Kramer, Esq.
Law Offices of Gerald L. Shargel
570 Lexington Avenue, 45th Floor
New York, New York 10022
(212) 446-2323


Henry Mazurek, Esq.
Clayman & Rosenberg LLP
305 Madison Avenue, Suite 1301
New York, New York 10165
(212) 922-1080


Peter Chavkin, Esq.
Bridget M. Rohde, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
666 Third Avenue
New York, New York 10017
(212) 935-3000