UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA

      - against –                            Cr. No. 11-340 (ERK) (SMG)

MOUSA KHOULI,
SALEM ALSHDAIFAT,
JOSEPH A. LEWIS II and
AYMAN RAMADAN,

      Defendants.

-----------------------------------------------------------------X

### NOTICE OF MOTION

On behalf of the defendant Joseph A. Lewis, II, Peter A. Chavkin, Esq. and Bridget M. Rohde, Esq., of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., move to dismiss the indictment against Mr. Lewis under F.R.Cr.P 12. Our supporting Memorandum of Law is attached.

                                                Respectfully submitted,

                                                /s/ Peter C.
                                                Peter A. Chavkin, Esq.
                                                Bridget M. Rohde, Esq.
                                                Mintz, Levin, Cohn, Ferris,
                                                Glovsky and Popeo, P.C.
                                                666 Third Avenue
                                                New York, NY  10017

                                                For the Defendant
                                                Joseph A. Lewis, II

5528134v.2