# EXHIBIT 2

| From: | Morris Khouli <windsorant@yahoo.com> |
|---|---|
| Sent: | Wednesday, February 11, 2009 12:58 PM |
| To: | jlewis8902@aol.com |
| Subject: | morris egyptian images |
| Attach: | coffin1.jpg; coffin10.jpg; coffin11.jpg; coffin12.jpg; coffin13.jpg; coffin14.jpg; coffin15.jpg; coffin2.jpg; coffin3.jpg; coffin4.jpg; coffin5.jpg; coffin6.jpg; coffin7.jpg; coffin8.jpg; coffin9.jpg |

hello.Joe
your tracking number for the crate is 864724403010

attached are images of the Coffin i have it is very Large 74 inches long x 2 feet wide deep about 18 inches or 20
never been cut or restored amazing colors real nice.
let me know what you think.

Morris
Windsor Antiques
1050 Second Avenue #16
New York NY 10022
212 3191077

Make your life easier with all your friends, email, and favorite sites in one place. Try it now.

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

Listen to 350+ music, sports, & news radio stations – including songs for the holidays – FREE while you browse. Start Listening
Now!































| From: | Morris Khouli <windsorant@yahoo.com> |
|-------|----------------------------------------|
| Sent: | Wednesday, February 11, 2009 1:16 PM |
| To: | Jlewis8902@aol.com |
| Subject: | Re: morris egyptian images |

hello.Joe
the price for the Coffin is $65000 and
the Bronze figure is $45000 (the bronze is for a King)
let me know
morris

**From:** "Jlewis8902@aol.com" <Jlewis8902@aol.com>
**To:** windsorant@yahoo.com
**Sent:** Wednesday, February 11, 2009 1:07:16 PM
**Subject:** Re: morris egyptian images

Price????

In a message dated 2/11/2009 12:58:52 P.M. Eastern Standard Time, windsorant@yahoo.com writes:

hello.Joe
your tracking number for the crate is 864724403010

attached are images of the Coffin i have it is very Large 74 inches long x 2 feet wide deep about 18 inches or 20
never been cut or restored amazing colors real nice.
let me know what you think.

Morris
Windsor Antiques
1050 Second Avenue #16
New York NY 10022
212 3191077

Make your life easier with all your friends, email, and favorite sites in one place. Try it now.

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

Listen to 350+ music, sports, & news radio stations – including songs for the holidays – FREE while you browse. Start Listening Now!

The year's hottest artists on the red carpet at the Grammy Awards. **AOL Music takes you there.**

| From: | windsorant@yahoo.com |
|---|---|
| Sent: | Wednesday, February 11, 2009 4:37 PM |
| To: | Jlewis8902@aol.com |
| Subject: | Re: morris egyptian images |

Hello.joe
Your shipment was picked up by fedex and on its way.

Let me know what you think about the two Egyptian pieces these are from my dads collection he passed away about three years ago and my brothers and I want to sell them and split the money.
So I am handling the collection let me please before I offer to someone else.
Thanks
Morris

Sent from my Verizon Wireless BlackBerry

From: Jlewis8902@aol.com
Date: Wed, 11 Feb 2009 13:07:16 EST
To: <windsorant@yahoo.com>
Subject: Re: morris egyptian images

Price????

In a message dated 2/11/2009 12:58:52 P.M. Eastern Standard Time, windsorant@yahoo.com writes:

hello.Joe
your tracking number for the crate is 864724403010

attached are images of the Coffin i have it is very Large 74 inches long x 2 feet wide deep about 18 inches or 20
never been cut or restored amazing colors real nice.
let me know what you think.

Morris
Windsor Antiques
1050 Second Avenue #16
New York NY 10022
212 3191077

Make your life easier with all your friends, email, and favorite sites in one place. Try it now.

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

Listen to 350+ music, sports, & news radio stations – including songs for the holidays – FREE while you browse. Start Listening Now!

The year's hottest artists on the red carpet at the Grammy Awards. AOL Music takes you there.

| From: | Morris Khouli <windsorant@yahoo.com> |
|---|---|
| Sent: | Thursday, February 12, 2009 8:02 PM |
| To: | Jlewis8902@aol.com |
| Subject: | Re: morris egyptian images |
| Attach: | coffin1.jpg; coffin2.jpg; coffin3.jpg; coffin4.jpg; coffin5.jpg; coffin6.jpg; coffin7.jpg; coffin8.jpg; coffin9.jpg; coffin10.jpg; coffin15.jpg; coffin11.jpg; coffin12.jpg; coffin13.jpg; coffin14.jpg |

hello joe
attached are pictures of the egyptian item.
please take a look and let me know if they arebig enough.
morris

**From:** "Jlewis8902@aol.com" <Jlewis8902@aol.com>
**To:** windsorant@yahoo.com
**Sent:** Wednesday, February 11, 2009 10:07:16 AM
**Subject:** Re: morris egyptian images

Price????

In a message dated 2/11/2009 12:58:52 P.M. Eastern Standard Time, windsorant@yahoo.com writes:

hello.Joe
your tracking number for the crate is 864724403010

attached are images of the Coffin i have it is very Large 74 inches long x 2 feet wide deep about 18 inches or 20
never been cut or restored amazing colors real nice.
let me know what you think.

Morris
Windsor Antiques
1050 Second Avenue #16
New York NY 10022
212 3191077

Make your life easier with all your friends, email, and favorite sites in one place. Try it now.

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

Listen to 350+ music, sports, & news radio stations – including songs for the holidays – FREE while you browse. Start Listening Now!

The year's hottest artists on the red carpet at the Grammy Awards. AOL Music takes you there.































| From: | Morris Khouli <windsorant@yahoo.com> |
|---|---|
| Sent: | Friday, February 13, 2009 11:21 AM |
| To: | Jlewis8902@aol.com |
| Subject: | Re: morris egyptian images |

hello joe
i have sent you the images give me a call when you have a minute and let me know what you think
347 6937728
have a nice day,
morris

**From:** "Jlewis8902@aol.com" <Jlewis8902@aol.com>
**To:** windsorant@yahoo.com
**Sent:** Wednesday, February 11, 2009 1:07:16 PM
**Subject:** Re: morris egyptian images

Price????

In a message dated 2/11/2009 12:58:52 P.M. Eastern Standard Time, windsorant@yahoo.com writes:

hello Joe
your tracking number for the crate is 864724403010

attached are images of the Coffin i have it is very Large 74 inches long x 2 feet wide deep about 18 inches or 20
never been cut or restored amazing colors real nice.
let me know what you think.

Morris
Windsor Antiques
1050 Second Avenue #16
New York NY 10022
212 3191077

Make your life easier with all your friends, email, and favorite sites in one place. Try it now.

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

[Image Removed]

Listen to 350+ music, sports, & news radio stations – including songs for the holidays – FREE while you browse. Start Listening Now!

The year's hottest artists on the red carpet at the Grammy Awards. **AOL Music takes you there.**