**EXHIBIT 3**

**Subject:** Re: morris egyptian images
**From:** windsorant@yahoo.com
**Date:** 2/13/2009 4:01 PM
**To:** Jlewis8902@aol.com

Hello.joe
Thanks for the offer but $40000 is very low we can't buy anything these days.
However please call me we will talk about a reasonable. Price that would both of us happy.
(347/6937728
Morris

Sent from my Verizon Wireless BlackBerry

---

**From:** Jlewis8902@aol.com
**Date:** Fri, 13 Feb 2009 15:45:56 EST
**To:** <windsorant@yahoo.com>
**Subject:** Re: morris egyptian images

Hey Morris, mummy board arrived today, everything OK, pictures also arrived, its an OK coffin but its too expensive! I'm leaving for Europe tomorrow, I will think about it but I think you will have to come down considerably before I would be a buyer, at least in the 40K range, Joe

In a message dated 2/13/2009 11:21:46 A.M. Eastern Standard Time, windsorant@yahoo.com writes:

> hello.joe
> i have sent you the images give me a call when you have a minute and let me know what you think
> 347 6937728
> have a nice day,
> morris

---

**From:** "Jlewis8902@aol.com" <Jlewis8902@aol.com>
**To:** windsorant@yahoo.com
**Sent:** Wednesday, February 11, 2009 1:07:16 PM
**Subject:** Re: morris egyptian images

Price????

In a message dated 2/11/2009 12:58:52 P.M. Eastern Standard Time, windsorant@yahoo.com writes:

> hello.Joe
> your tracking number for the crate is 864724403010
>
> attached are images of the Coffin i have it is very Large 74 inches long x 2 feet wide deep about 18 inches or 20
> never been cut or restored amazing colors real nice.
> let me know what you think.
>
> Morris
> Windsor Antiques
> 1050 Second Avenue #16
> New York NY 10022
> 212 3191077

> Make your life easier with all your friends, email, and favorite sites in one place. Try it now.
>
> [Image Removed]
>
> [Image Removed]
>
> [Image Removed]
>
> [Image Removed]
>
> [Image Removed]
>
> [Image Removed]
>
> [Image Removed]
>
> [Image Removed]
>
> [Image Removed]
>
> [Image Removed]
>
> [Image Removed]
>
> [Image Removed]
>
> [Image Removed]
>
> [Image Removed]
>
> [Image Removed]
>
> Listen to 350+ music, sports, & news radio stations – including songs for the holidays – FREE while you browse. Start Listening Now!
>
> The year's hottest artists on the red carpet at the Grammy Awards. **AOL Music takes you there**.

Nothing says I love you like flowers! **Find a florist near you now**.

**Subject:** Fw: images from morris
**From:** Morris Khouli <windsorant@yahoo.com>
**Date:** 2/15/2009 10:56 AM
**To:** marc9777@aol.com

----- Forwarded Message ----
From: Morris Khouli <windsorant@yahoo.com>
To: marc9777@aol.com
Sent: Friday, February 13, 2009 2:22:21 PM
Subject: images from morris

hello harry
attached are the images. please take a look.
morris

coffin1.jpg



coffin2.jpg



coffin3.jpg



coffin4.jpg



coffin5.jpg



coffin6.jpg



coffin7.jpg



coffin8.jpg



coffin9.jpg



coffin10.jpg



coffin11.jpg



coffin12.jpg



coffin13.jpg



Fw: images from morris

coffin14.jpg



coffin15.jpg

Fw: images from morris



Attachments:

| | |
|---|---|
| coffin1.jpg | 108 KB |
| coffin2.jpg | 80.9 KB |
| coffin3.jpg | 88.5 KB |
| coffin4.jpg | 112 KB |
| coffin5.jpg | 95.2 KB |
| coffin6.jpg | 156 KB |
| coffin7.jpg | 120 KB |
| coffin8.jpg | 111 KB |
| coffin9.jpg | 96.7 KB |
| coffin10.jpg | 94.9 KB |
| coffin11.jpg | 103 KB |
| coffin12.jpg | 106 KB |
| coffin13.jpg | 65.7 KB |
| coffin14.jpg | 102 KB |

Fw: images from morris

coffin15.jpg                                                                                      115 KB