# EXHIBIT 4

**From:**     Morris Khouli <windsorant@yahoo.com>
**Sent:**     Wednesday, March 4, 2009 1:23 PM
**To:**       joe lewis <jlewis8902@aol.com>
**Subject:**  morris
**Attach:**   INVOICE for joe.doc

---

hello.Joe
nice talking to you my friend.
here is the bank details for the invoice attached.
Chase Manhattan Bank jp morgan
account name windsor antiques, inc
account number: 0391214855
bank address 960 3rd avenue
New York NY 10022
USA

swift code CHASUS33
aba number 021000021

amount $32500 includes the crate wowwwwwwwwwwwwwww what a deal.

thanks
Morris



**INVOICE**

**1050 Second Avenue #16**
**New York, NY 10022**
**UNITED STATES**
**Phone 212-319-1077**

Date: **4 Mar 2009**

Order: **2530**

**Fax 212-319-1169**

| Bill To | Ship To |
|---|---|
| Joe Lewis | |
| Phone 804-7439850 | Richmond, VA 23235 UNITED STATES |

**Shipping:  Registered - US and International**

Payment:   wire transfer

| SKU | Description | QTY | Unit Price | Price |
|---|---|---|---|---|
| 03030903 | **Egyptian wood Coffin from the collection of the late Mr. Jack Khouli acquired in Israel in 1960's** | 1 | US$3 250.00 | US$ 32500.00 |
| | | | Subtotal | US$ 32500.00 |
| | | | tax | US$ 00 |
| | | | Total | US$ 32500.00 |