# EXHIBIT 5

**Subject:** Re: morris check this out joe
**From:** windsorant@yahoo.com
**Date:** 3/6/2009 5:35 PM
**To:** Jlewis8902@aol.com

Hi joe
It is very interesting it was inside the coffin you bought from me according to the owner but he sold I to me separately son of a gun.
However I want $13000 for all of them. (cartonag mask and the linens)
Let me know.
Morris

Sent from my Verizon Wireless BlackBerry

---

**From:** Jlewis8902@aol.com
**Date:** Fri, 6 Mar 2009 17:26:24 EST
**To:** <windsorant@yahoo.com>
**Subject:** Re: morris check this out joe

Hey Morris, I have a four of these, how much? They are not that expensive you know, Joe

In a message dated 3/6/2009 1:30:44 P.M. Eastern Standard Time, windsorant@yahoo.com writes:

> hello.Joe
>
> I just got this items i described them to you last week and here they are size of the linnen is 64 inches long very impresive and rare thing.
> let me know

---

A Good Credit Score is 700 or Above. See yours in just 2 easy steps!