# EXHIBIT 6

**Subject:** Re: Coffin Set Purchase
**From:** windsorant@yahoo.com
**Date:** 4/12/2009 3:54 PM
**To:** Jlewis8902@aol.com

Hello.joe
That is fair enough.
I will do the paper work with you once all here..
Morris

Sent from my Verizon Wireless BlackBerry

---

**From**: Jlewis8902@aol.com
**Date**: Sun, 12 Apr 2009 15:41:39 EDT
**To**: <windsorant@yahoo.com>
**Subject**: Coffin Set Purchase

Hey Morris,

   I am ready to wire the funds in the morning but because its a lot of $$$$, just to make sure that there are no misunderstandings; I want double check that you do guarantee the following:

   1- Provenance from your late father's collection, Israel 1960s; you have therefore established, to the best of your knowledge, these items have not been illegally obtained from an excavation, architectural monument, public institution or private property.
   2- Clearance by US Customs (if the items are seized or detained more than 30 days upon arrival into the US you will issue a full refund).
   3- The two outer sarcos are <10% repainted (you actually said there was no repainting, but <10% is fine for me).
   4- The inner sarco is < 30% repainted.
   5- I will receive the items within 60 days.
   6- You will give me an invoice for the amount paid and the full statement of guarantee of provenance as stated above.

   I do not think any of these terms out of the ordinary. Please just confirm by answering this email.

   Best Regards,
      Joe

---

**A Good Credit Score is 700 or Above. <u>See yours in just 2 easy steps!</u>**