# EXHIBIT 7



1050 Second Avenue #16
New York, NY 10022
UNITED STATES
Phone 212-319-1077 Fax 212-319-1169

## BILL OF SALE

**DATE:** March 04, 2009

**TO:** E A Investments, LLC
1220 N. Market St., Suite 850
Wilmington, DE 19801

**DELIVERY:** Customer Pick Up

**PURCHASE PRICE:** $32,500.00

**PURCHASED ITEMS:** Egyptian wood coffin for "Padisobek", Ptolemaic Period, 300 - 30 BC. See inset pictures.



**PROVENANCE:** This item was legally acquired by the late Jack Khouli in Israel in the 1960s; I have therefore established, to the best of my ability, that these items have not been illegally obtained from an excavation, architectural monument, public institution or private property.

_____ Morris Khouli, Director



1050 Second Avenue #16
New York, NY 10022
UNITED STATES
Phone 212-319-1077 Fax 212-319-1169

## BILL OF SALE

**DATE:** April 10, 2009

**TO:** E A Investments, LLC
1220 N. Market St., Suite 850
Wilmington, DE 19801

**DELIVERY:** Customer Pick Up

**PURCHASE PRICE:** $13,500.00

**PURCHASED ITEMS:** Egyptian linen mummy trappings and cartonnage mask for "Padisobek", Ptolemaic Period, 300 - 30 BC. See inset pictures.

 

**PROVENANCE:** This item was legally acquired by the late Jack Khouli in Israel in the 1960s; I have therefore established, to the best of my ability, that these items have not been illegally obtained from an excavation, architectural monument, public institution or private property.

_____ Morris Khouli, Director



1050 Second Avenue #16
New York, NY 10022
UNITED STATES
Phone 212-319-1077 Fax 212-319-1169

## BILL OF SALE

DATE: May 11, 2009

TO:  E A Investments, LLC
     1220 N. Market St., Suite 850
     Wilmington, DE 19801

DELIVERY: Customer Pick Up

PURCHASE PRICE: $16,000.00
PURCHASED ITEMS: Egyptian wood coffin of a child or dwarf, Ptolemaic Period, 300 - 30 BC.
See inset pictures.



PROVENANCE: These items were legally acquired by the late Jack Khouli in Israel in the 1960s; I have therefore established, to the best of my ability, that these items have not been illegally obtained from an excavation, architectural monument, public institution or private property.

_____ Morris Khouli, Director