# EXHIBIT 8



1050 Second Avenue #16
New York, NY 10022
UNITED STATES
Phone 212-319-1077 Fax 212-319-1169

## BILL OF SALE

DATE: May 11, 2009

TO:  E A Investments, LLC
     1220 N. Market St., Suite 850
     Wilmington, DE 19801

DELIVERY: Fedex

PURCHASE PRICE: $55,000.00
PURCHASED ITEMS: 2 Egyptian wood boats, Late 1st intermediate / early 11th dynasty, 2134-2060 BC. See inset pictures.

 

Purchased from a Dealer in Dubai And to the best of
PROVENANCE: These items were legally acquired by the late Jack Khouli in Israel in the 1960s, I have therefore established, to the best of my ability, that these items have not been illegally obtained from an excavation, architectural monument, public institution or private property. My Knowledge these items are Legal origin.

_____ Morris Khouli, Director



# Windsor Antiquities

1050 Second Avenue #16
New York, NY 10022
UNITED STATES
Phone 212-319-1077 Fax 212-319-1169

## BILL OF SALE

DATE: May 11, 2009

TO: E A Investments, LLC
    1220 N. Market St., Suite 850
    Wilmington, DE 19801

DELIVERY: Fedex

PURCHASE PRICE: $4,000.00

PURCHASED ITEMS: 5 Egyptian limestone figures for " The lectorpriest Chnumhotep", Late 1st Intermediate/ early 11 Dynasty. See inset pictures.

 

PROVENANCE: purchased from a dealer in Dubai to the best of my ~~These items were legally acquired by the late Jack Khouli in Israel in the 1960s;~~ I have therefore established, to the best of my ability, that these items have not been illegally obtained from an excavation, architectural monument, public institution or private property. Knowledge these items are legal origin.

_____ Morris Khouli, Director