# EXHIBIT 9

10/14/2009

I am Morris Khouli Recieved $150,000 — From MR. Joe Lewis, as a deposit For Merchandise That I am unable to obtain.

I acknowledge the fact that I owe MR. Joe Lewis $150,000 —

I will do My best efforts to Ripay at My earliest possible time.



Morris Khouli