# EXHIBIT 10

**Subject:** Re: morris
**From:** Morris Khouli <windsorant@yahoo.com>
**Date:** 3/5/2009 11:28 AM
**To:** Jlewis8902@aol.com

hello.Joe
i did what you requested please take a look at the invoice i can mail the original to you or fax it so you have it for your records.
please let me know your fax number. so you have a signed copy.
morris

---

**From:** "Jlewis8902@aol.com" <Jlewis8902@aol.com>
**To:** windsorant@yahoo.com
**Sent:** Thursday, March 5, 2009 3:59:57 AM
**Subject:** Re: morris

Hey Morris,
  Also please add the following statement to the provenance section:
I have therefore established, to the best of my ability, that this item has not been illegally obtained from an excavation, architectural monument, public institution or private property.
    Thanks, Joe

In a message dated 3/5/2009 3:35:13 A.M. Eastern Standard Time, windsorant@yahoo.com writes:

> Hello.joe
> Ok I will fix the invoice no problem.
> You can send a check to
> Windsor antiques
> 1050 second avenue # 16
> New York NY 10022
>
> Thanks
> Morris
>
> Sent from my Verizon Wireless BlackBerry

---

**From:** Jlewis8902@aol.com
**Date:** Wed, 4 Mar 2009 21:55:15 EST
**To:** <windsorant@yahoo.com>
**Subject:** Re: morris

Hey Morris,
   Can you please dress up this invoice and add a bit more information (on your letterhead); it must include a photo of the item front and back, see attached example. It should be signed by you.
   If its OK with you I will send a company check, I'm racing the clock tomorrow because I'm leaving for SF for a meeting. My bank makes me go in person to sign for wires and I have no time for this until next week. What address do you want me to send the check to?
     Joe

In a message dated 3/4/2009 1:23:24 P.M. Eastern Standard Time, windsorant@yahoo.com writes:

> hello.Joe
> nice talking to you my friend.

> here is the bank details for the invoice attached.
> Chase Manhattan Bank jp morgan
> account name windsor antiques, inc
> account number: 0391214855
> bank address 960 3rd avenue
> New York NY 10022
> USA
>
> swift code CHASUS33
> aba number 021000021
>
> amount $32500 includes the crate wowwwwwwwwwwwwwww what a deal..
>
> thanks
> Morris
>
> ---
> **A Good Credit Score is 700 or Above. See yours in just 2 easy steps!**

**A Good Credit Score is 700 or Above. See yours in just 2 easy steps!**

Attachments:

INVOICE for joe.doc                306 KB



**INVOICE**

1050 Second Avenue #16
New York, NY 10022
UNITED STATES
Phone 212-319-1077 Fax 212-319-1169

Date: 4 Mar 2009
Order: 2530

**Bill To**
Joe Lewis
Phone 804-7439850

**Ship To**
Richmond, VA 23235
UNITED STATES

Shipping: Registered - US . International   Payment: wire transfer

| SKU | Description | QTY | Unit Price | Price |
|---|---|---|---|---|
| 03030903 | Egyptian wood Coffin from the collection of the late Mr. Jack Khouli acquired in Israel in 1960's | 1 | $32500 | US$ 32500.00 |
| | | | Subtotal | US$ 32500.00 |
| | | | tax | US$ 00 |
| | | | Total | US$ 32500.00 |

I have therefore established, to the best of my ability, that this item has not been illegally obtained from an excavation, architectural monument, public institution or private property.

Windsor Antiquities

**Director: Morris Khouli**
**03 05 2009**