# EXHIBIT 11

**From:** windsorant@yahoo.com
**Sent:** Tuesday, April 7, 2009 8:09 PM
**To:** Jlewis8902@aol.com
**Subject:** Re: morris

---

Joe please call me when you have a min

Sent from my Verizon Wireless BlackBerry

---

**From:** Jlewis8902@aol.com
**Date:** Wed, 8 Apr 2009 22:36:45 EDT
**To:** <windsorant@yahoo.com>
**Subject:** Re: morris

Hey Morris,
    I still really want this inner coffin to complete the set. Lets wait until next week before re-contacting them about this item. If you were just there, I'm sure they still have it. Of course, I will take just the original two but having this third inner coffin really would be nice and I will pay more than 75K to get this coffin - 150 K is too much but somewhere in between is OK. Maybe we should just contact the "buyer" about reselling this item to us for a quick profit, think about it. Have a great holiday!!!
    Joe

In a message dated 4/8/2009 5:48:01 P.M. Eastern Daylight Time, windsorant@yahoo.com writes:

> Joe
> Sorry but it got sold there is nothing I could do.
> Morris
>
> Sent from my Verizon Wireless BlackBerry

---

**From:** Jlewis8902@aol.com
**Date:** Sat, 4 Apr 2009 20:53:59 EDT
**To:** <windsorant@yahoo.com>
**Subject:** Re: morris

Hey Morris,
    Sounds good, I have to transfer some money around but will send you 20K deposit by Wed. I can't wait to get this one!
    Joe

In a message dated 4/4/2009 8:38:13 P.M. Eastern Daylight Time, windsorant@yahoo.com writes:

> Hello.joe
> I hope you had a good trip to spain.
> I am on my to arrange for shipping the item I will call you when I get back wednesday.
> I sent them the money before I left all good to go.
> Just hoping when you have a chance to send me a deposit and when the piece arrive will worry about the rest.
> Let me know.
> Thanks
> Morris
>
> Sent from my Verizon Wireless BlackBerry

From: Jlewis8902@aol.com
Date: Fri, 27 Mar 2009 03:45:47 EDT
To: <windsorant@yahoo.com>
Subject: Re: morris

Hey Morris,
 Sorry for no communication, I am in Europe until April 4 on business. OK, please have the professional mounter mount the mask and the linen in the same large frame (one frame for both pieces - understand?), just put the mask at the top and then the linen below, the depth of the frame will probably be about 2-3" since the mask has depth. The linen should be sewn carefully to black linen backing so as not to see the stitching. If you want to wait until I return to discuss more we can do that. I can send you money as soon as I get back.
 Thanks, Joe

In a message dated 3/26/2009 7:23:53 P.M. Eastern Daylight Time, windsorant@yahoo.com writes:

hello Joe
how are you doing?
i have not heard from you my friend i hope the problem with the accountent is solved i did not want to bother you with our deal, however, the mask is almost done i wanted to see if i should send it with the coffin or seprate?
as far as mounting i do not think sasha would do such a good job the best thing is have it done by a proffesional 10-31 out of NJ they are the best the will do a hell of a job for it sasha is a restorer not a mounter.
i will wait to have it back from sasha and call 10-31 to come and take it they will give me an estimatet and i will call you and let you know how much so you can pay them directly.

if you have not sent a check please add the $1300 for the mask restoration to pay Sasha and add the old balance for $200 total of $13500

My address is
windsor antiques
1050 Second Avenue #16
New York NY 10022

thanks again
Morris

Free Credit Report and Score Tracking! Get it Now for $0 at CreditReport.com.

Hurry! April 15th is almost here. File your Federal taxes FREE with TaxACT.

New Deals on Dell Netbooks - Now starting at $299