UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

       - against –                                                 Cr. No. 11-340 (ERK) (SMG)

MOUSA KHOULI,
SALEM ALSHDAIFAT,
JOSEPH A. LEWIS, II and
AYMAN RAMADAN,

            Defendants.

------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

       I, Peter A. Chavkin, certify that a copy of the Notice of Motion, Declaration and Memorandum in Support of Omnibus Motions were served via electronic court filing (ECF) on the 30th day of April, 2012 upon the following counsel:

AUSA Karin Orenstein
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Gerald Shargel, Esq. and Ross Kramer, Esq.
1790 Broadway, Suite 1501
New York, NY 10019

Henry Mazurek, Esq.
305 Madison Avenue, Suite 1301
New York, NY 10165

                                                             _____
                                                             Peter A. Chavkin
                                                             Mintz, Levin, Cohn, Ferris,
                                                             Glovsky and Popeo, P.C.
                                                             666 Third Avenue
                                                             New York, NY  10017

                                                            For the Defendant
                                                            Joseph A. Lewis, II

6376188v.1