SMC:KKO
F. #2009R00639

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

-against-

JOSEPH A. LEWIS II,

        Defendant.

- - - - - - - - - - - - - - -X

O R D E R

11 CR 340 (ERK)

        WHEREAS on May 3, 2011, a federal grand jury sitting in the Eastern District of New York returned an Indictment charging the defendant JOSEPH A. LEWIS II with conspiracy to smuggle, conspiracy to launder money and three counts of smuggling,

        WHEREAS on January 3, 2013, the United States Attorney's Office for the Eastern District of New York agreed to defer the prosecution of the defendant JOSEPH A. LEWIS II on the above-referenced charge for a period of twelve months pursuant to the terms of a Deferred Prosecution Agreement,

        WHEREAS on January 3, 2014, the defendant JOSEPH A. LEWIS II successfully completed the twelve-month deferral period,

        WHEREAS LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Karin Orenstein, has moved for an Order dismissing the Indictment with prejudice as to the defendant JOSEPH A. LEWIS II,

IT IS HEREBY ORDERED that the Indictment is dismissed with prejudice as to the defendant JOSEPH A. LEWIS II.

Dated: Brooklyn, New York
January 8, 2014

/s/ Judge Edward R. Korman
_____
THE HONORABLE EDWARD R. KORMAN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK